**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

George Karp,

     Plaintiff

v.

Alonzo, et al.,

     Defendants

Case No.: 2:25-cv-01597-JAD-NJK

**Order Granting in Part Motion for Extension of Time**

[ECF No. 10]

    Plaintiff George Karp brings this civil-rights lawsuit to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison.  In screening Karp's complaint, I allowed his medical-indifference claim to proceed and dismissed his disability-discrimination claim with leave to amend by April 16, 2026.[1]  Before that deadline expired, Karp moved to extend it by 90 days but did not offer a reason for doing so.[2]  Karp has not shown good cause for a 90-day extension, but I will give him an additional 30 days to amend.

    IT IS THEREFORE ORDERED that Karp's motion for an extension of time **(ECF No. 10) is GRANTED in part**: the deadline for Karp to file a first amended complaint is **EXTENDED** to **May 18, 2026**.  The motion is **DENIED in all other respects**.

    Dated: April 28, 2026

_____
U.S. District Judge

---

[1] ECF No. 5.

[2] ECF No. 10.