UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE KARP,

      Plaintiff,

      v.

ALONZO, et al.,

      Defendants.

Case No.: 2:25-cv-01597-JAD-NJK

**ORDER**

[Docket No. 15]

Plaintiff George Karp filed a document titled "Motion of Notice" informing the Court that he received only the Notice of Electronic filing of this Court's May 7, 2026, order. Docket No. 15. Plaintiff states that his access to the law library is limited. *Id.* at 2. It is not clear if Plaintiff asked the prison's law librarian to correct this mistake or if the librarian could correct it at this date. Out of an abundance of caution, the Court will send Plaintiff a courtesy copy of the order.

Accordingly, for the reasons stated above,

The Clerk of the Court is INSTRUCTED to resend the Court's May 14, 2026, order, Docket No. 14, to Plaintiff Karp.

IT IS SO ORDERED.

DATED: June 3, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE