**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

George Karp,

Plaintiff(s),

v.

Alonzo, et al.,

Defendant(s).

Case No. 2:25-cv-01597-JAD-NJK

**Order**

[Docket No. 22]

On July 20, 2026, the Court ordered defense counsel to file a notice regarding acceptance of service by August 10, 2026. Docket No. 20 at 2. On July 27, 2026, a notice of appearance was filed with the now-counsel of record. Docket No. 21. Counsel did not comply with the Court's order, leading Plaintiff to file a motion for status check. Docket No. 22. Counsel filed a response that, in essence, seeks an extension of time to comply with the Court's initial order while he coordinates with Defendants. *See* Docket No. 23 at 2.

Counsel is cautioned that, promptly upon entering each case, he must review the docket and ensure that he complies with all existing orders and deadlines. Failure to do so moving forward may result in the imposition of sanctions. *See, e.g.*, *Supranovich v. Julio*, 2026 WL 1257025 (D. Nev. May 6, 2026). As a one-time courtesy, the Court **RESETS** the deadline to file the service notice to August 31, 2026. In light of the above, the Court **GRANTS** Plaintiff's motion for status check.

IT IS SO ORDERED.

Dated: August 21, 2026

Nancy J. Koppe
United States Magistrate Judge