**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

George Karp,

Plaintiff(s),

v.

Alonzo, et al.,

Defendant(s).

Case No. 2:25-cv-01597-JAD-NJK

**Order**

[Docket Nos. 34, 35]

Pending before the Court are Plaintiff's motions for status check. Docket Nos. 34, 35.[1] The Court previously advised Plaintiff as follows:

> **<u>Request for Case Status</u>**: The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the Court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the Court apprised of your current address, you will receive all Court decisions which might affect the status of your case

Docket No. 2 at 2 (emphasis in original). Hence, requests for status check are unnecessary and unwarranted. If Plaintiff filed these motions as notices that a response was not filed to his pending motion, the Court is already aware of that fact based on its review of the docket. Moreover, the fact that a motion is unopposed does not necessarily mean that it will be granted as such. *See, e.g.*, *Calzada v. Williamson*, 2025 WL 3720262, at *1 n.2 (D. Nev. Dec. 23, 2025) ("The Court has discretion to grant a motion as unopposed, *see* Local Rule 7-2(d), but it is not required to do so"). Accordingly, the Court **DENIES** the motions for status check.

IT IS SO ORDERED.

Dated: October 20, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).